IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| ACUITY INSURANCE, a MUTUAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>RIKA MCBRIDE,<br><br>Defendant. | CV 22-100-BLG-SPW<br><br>ORDER |

This matter is at issue and is exempt from the preliminary pretrial conference requirement under Rule 26(a)(1)(B) of the Federal Rules of Civil Procedure and Local Rules 16.2 and 26.1. Accordingly,

**IT IS ORDERED** that lead counsel for the respective parties and any individual proceeding *pro se* shall meet and confer to consider a joint case management plan to be filed with the Court on or before **November 23, 2022**. If the parties are unable to agree on a joint case management plan, they shall each file separate case management plans on or before **November 23, 2022**, noting to which dates they could not agree and the reasons for their disagreement.

DATED this 17th day of October, 2022.

Susan P. Watters
SUSAN P. WATTERS
United States District Judge

1